FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq., (SBN 151990)
David M. Marmorstein, Esq., (SBN 192993)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

Attorneys for Plaintiff Ridge Clearing & Outsourcing Solutions, Inc.

FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2008 OCT -8 PM 4:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE:

RULE 45 SUBPOENA ISSUED TO

RAMY Y. El-BATRAWI.

Case No CV08-06640 R (AGRx)

ORDER TO SHOW CAUSE

Ridge Clearing & Outsourcing Solutions, Inc. ("Ridge Clearing"), having moved pursuant to Fed. R. Civ. P. 45 for an order directing Ramy Y. El-Batrawi's compliance with a Subpoena for documents and his deposition testimony;

Now, upon the declaration of Bryan J. Freedman, executed on October 8, 2008, the declaration of Gail Zweig, executed on October 8, 2008, and all exhibits to the declarations, and upon Ridge Clearing's accompanying memorandum of law dated October 8, 2008, and good cause appearing therefor, it is hereby:

ORDERED that nonparty witness Ramy Y. El-Batrawi ("El-Batrawi") show cause before the Honorable Judge REAL, at 10:00 am. on the 3rd day of November, 2008, in Courtroom 8 of the United States Courthouse, 312 No. Spring St., Los Angles, California, why an order should not be entered:

1. Directing El-Batrawi to produce all nonprivileged documents responsive to the Subpoena no later than November ~~X~~ 10, 2008;

2. Directing El-Batrawi appearance for his deposition on a date to be mutually agreed upon with plaintiff no later than December 1, 2008; and

3. Holding El-Batrawi in contempt should he fail to comply with the Court's orders directing his production of documents and deposition testimony.

ORDERED that service of this Order to Show Cause, together with a copy of the papers on which it is based, upon El-Batrawi by (1) personal service on George B. Newhouse, Jr. Esq. of Brown & White LLP on or before 4 pm. on October 15, 2008, who shall, no later than October 16, 2008, mail a copy to the last address for El-Batrawi known to Brown & White LLP, for overnight delivery; (2) transmitting a copy to El-Batrawi via email at his email address(es) no later than 4 pm. on October 16, 2008; and (3) mailing a copy by overnight delivery to El-Batrawi at 433 North Camden Drive, Suite 600, Beverly Hills, Los Angeles County, California 90210; shall be deemed sufficient service;

ORDERED that opposing papers, if any, are to be served, with a courtesy copy for Chambers, upon Ridge Clearings attorneys, Freedman & Taitelman, LLP, 1901 Avenue of the Stars, Suite 500, Los Angeles, California 90067, so as to be received by 5:00 p.m. on the 22nd day of Oct., 2008;

ORDERED that all reply papers, if any, shall be served upon El-Batrawi so as to be received by 5:00 p.m. on Oct. 28, 2008 in the same manner as prescribed above for service of this Order to Show Cause and a copy of the papers on which it is based;

This Order issued this 9th day of Oct 2008, at 3:30pm.

UNITED STATES DISTRICT JUDGE